ELIZABETH WRIGHTINGTON et al., Respondents, *v.* L. WERTHEIMER, INC., Appellant.

(Argued November 30, 1932; decided December 16, 1932.)

*Robert H. Charlton* and *Paul B. Kaufman* for appellant.

*Bertram Boardman* and *Rose Greenberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.